JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.   **CV 09-6296-VBF(VBKx)**                                              Dated: **January 11, 2010**

Title:   Ricardo C. Martin, et al. *-v-* America's Wholesale Lender, Inc., et al.

PRESENT:   HONORABLE VALERIE BAKER FAIRBANK, U.S. DISTRICT JUDGE

| Rita Sanchez | None Present |
| Courtroom Deputy | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:          ATTORNEYS PRESENT FOR DEFENDANTS:

None Present                                                       None Present

**PROCEEDINGS (IN CHAMBERS):**          **COURT ORDER DISMISSING CASE**

    Plaintiffs filed their Complaint on August 28, 2009 against the following Defendants: America's Wholesale Lender, Inc.; Countrywide Home Loans, Inc.; Bank of America Home Loans, LP; and Jasrel Real Estate Brokers & Investment, Inc.

    On November 13, 2009, the Court set an Order to Show Cause Re Proof of Service for January 11, 2010 at 8:30 a.m. on the non-appearance calendar (dkt. #7). Plaintiffs did not comply with the OSC as they did not file proofs of service, or file a written response setting forth good cause as to why the action should not be dismissed and/or other sanctions imposed for failure to comply with Federal Rules of Civil Procedure 4(m). Accordingly, the Court dismisses this action.

MINUTES FORM 90                                                     Initials of Deputy Clerk   rs
CIVIL - GEN